In the Matter of JAMES A. McG., an Alleged Incapacitated Person. CATHERINE M. ROBINSON, Appellant; RALPH M. RANDAZZO, Nonparty Respondent. [890 NYS2d 345]—

Under the circumstances of this case, we deem it appropriate for the petitioner to pay a one-third share of the fee for the legal services performed by the court evaluator in this matter, rather than the entire amount of the fee (*see* Mental Hygiene Law § 81.09 [f]).

The petitioner's remaining contentions are without merit. Rivera, J.P., Florio, Belen and Austin, JJ., concur.